# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| --- | --- |

This document relates to:
*Patricia Fennelly, et al. v. Islamic Republic of Iran*, No. 1:23-cv-10824 (GBD)(SN)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     :
                        : ss.
COUNTY OF NEW YORK   :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

       Jerry S. Goldman, Esq., an attorney at law duly admitted before the Courts of the State of

New York, being duly sworn, hereby deposes and says that:

       1.      Plaintiffs' Summons, Complaint, and Notice of Suit, and translations of each, filed

in the above-captioned matter, were served upon defendant Islamic Republic of Iran.

       2.      Service was effectuated upon the Iranian Ministry of Foreign Affairs as transmitted

by the Foreign Interests Section of the Embassy of Switzerland in Tehran on October 1, 2024, in

accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.* True and correct

copies of the Return of Service and supporting U.S. Department of State documents, provided in a

cover letter from Jared Hess to Tammi M. Hellwig dated March 5, 2025, are attached hereto as

Exhibit A.

       3.      A copy of the Clerk of the Court's transmittal to the State Department, pursuant to

Foreign Sovereign Immunities Act, 28 U.S.C. § 1608, *et seq.*, made at my request and after

payment of the requisite fees as set forth in the Clerk's Certificate of Mailing, ECF No. 14

(individual case docket), May 2, 2024, is attached hereto as Exhibit B.

4.      Receipt of transmittal by the State Department was acknowledged by the Clerk of

the Court on the docket on March 12, 2025. *See* attached Exhibit C; *see also* ECF No. 44

(individual case docket).

I declare under penalty of perjury under the laws of the United States of America that the

foregoing information contained herein is true and correct.

Dated: March 13, 2025

_____
Jerry S. Goldman, Esq.

Sworn on before me this _13_
day of March, 2025.

_____
        Notary Public

HAZEL V. CHRISTOPHER
NOTARY PUBLIC, State of New York
No. 01CH6057347
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 16, 2027

# EXHIBIT A



**United States Department of State**

*Washington, D.C. 20520*

March 5, 2025

Tammi M. Hellwig
Clerk of the Court
United States District Court
For the Southern District of New York
500 Pearl St.
New York, NY 10007

### Re: *Patricia Fennelly, et al. v. Islamic Republic of Iran,* 1:23-cv-10824-UA

Dear Ms. Hellwig:

In a letter dated November 22, 2024, a copy of which is enclosed, our office wrote to the Clerk of Court regarding the Court's request for transmittal of a Summons, Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice to Conform to Consolidated Amended Complaint, Civil Cover Sheet, Letter to the Court (ECF #5), Related Case Statement, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above-referenced lawsuit. Enclosed with that letter was a certified copy of a diplomatic note used to transmit the requested documents.

After reviewing our records, we noticed that the letter, certified diplomatic note, and the accompanying documents were inadvertently mailed to the incorrect courthouse. Therefore, our office is enclosing another certified copy of the diplomatic note.[1].

Please note that because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See*
https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1103-IE, dated September 22, 2024 and delivered on October 1, 2024.

Should the Clerk's office have any questions or require any additional assistance in this matter, please do not hesitate to contact our office at FSIA-LR@state.gov.

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

Cc:    Jerry Goldman
       ANDERSON KILL P.C.
       1251 Avenue of the Americas
       New York, NY 10020



United States Department of State

*Washington, D.C.   20520*

## CERTIFICATION OF DIPLOMATIC NOTE

TO WHOM IT MAY CONCERN:

I, Elizabeth Gracon, Acting Deputy Assistant Secretary of the Directorate of Overseas Citizens Services, Bureau of Consular Affairs, United States Department of State certify that as Acting Deputy Assistant in the Directorate of Overseas Citizens Services, I am authorized to search and examine Overseas Citizens Services Records.

I further certify that: 1) the records attached hereto and listed below, are true and faithful copies of records in the custody of the United States Department of State; 2) I am authorized to certify these files, and 3) the record attached to this certificate was:

- A. made at or near the time of the occurrence of the matters set forth therein, by a person with knowledge of the information provided therein;

- B. kept in the course of regularly conducted activity under the authority of the Secretary of State; and,

- C. made during the regularly conducted activity as a regular practice under the authority of the Secretary of State.

  1. Embassy of the United States of America in Bern, Switzerland diplomatic note CONS NO: 28330, dated August 23, 2024, with Specific Authentication Certificate from the Embassy of the United States of America in Bern, Switzerland dated October 17, 2024;

  2. Swiss Federal Department of Foreign Affairs diplomatic note No. K.346-01-02-01-USA/IRAN, dated October 10, 2024, with Specific Authentication Certificate from the Embassy of the United States of America in Bern, Switzerland dated October 17, 2024; and

  3. Foreign Interests Section of the Embassy of Switzerland in Tehran diplomatic note No. 1103-IE, dated September 22, 2024, and delivered on October 1, 2024, to the Iranian Ministry of Foreign Affairs with Specific Authentication Certificate from the Embassy of the United States of America in Bern, Switzerland dated October 17, 2024.

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

Elizabeth Gracon, Acting Deputy Assistant
Directorate of Overseas Citizens Services
Bureau of Consular Affairs
U.S. Department of State

Date: March 4, 2025



## SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland          )
rn, Canton of Bern                  ) SS:
ıbassy of the United States of America  )


Anson P. McLellan, a consular officer at the Embassy of the United States at Bern,
iitzerland, certify that this is a true copy of Embassy note number 28330 dated August
, 2024, which was transmitted to the Swiss Ministry of Foreign Affairs on August 28,
24, for further transmission to the American Interests Section of the Swiss Embassy in
hran, Iran.



_____
(Signature of Consular Officer)


_____Anson P. McLELLAN_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


October 17, 2024
(Date)



*Embassy of the United States of America*

August 23, 2024

CONS NO.　　28330

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities
Act (FSIA) – Patricia Fennelly, et al. v. Islamic Republic of Iran, 1:23-cv-10824-UA

REF:　----

The Department of State has requested the delivery of the enclosed Summons, Complaint,
Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended
Complaint, Notice to Conform to Consolidated Amended Complaint, Civil Cover Sheet,
Letter to the Court (ECF #5), Related Case Statement, and Notice of Suit to the Ministry of
Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities
Act in the matter Patricia Fennelly, et al. v. Islamic Republic of Iran, 1:23-cv-10824-UA.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the
documents to the American Interests Section of the Swiss Embassy in Tehran. There is one
defendant to be served in this case: the Islamic Republic of Iran. The American Interests
Section should transmit the Summons, Complaint, Notice to Conform to Sudan
Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice to
Conform to Consolidated Amended Complaint, Civil Cover Sheet, Letter to the Court (ECF
#5), Related Case Statement, and Notice of Suit to the Iranian Ministry of Foreign Affairs
under cover of one diplomatic note utilizing the language provided in the enclosed
instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.
The American Interests Section should execute certifications of the diplomatic notes, which
will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department
of State as well two sets of documents for each defendant.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit *Patricia Fennelly, et al. v. Islamic Republic of Iran*, 1:23-cv-10824-UA, which is pending in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a Summons, Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice to Conform to Consolidated Amended Complaint, Civil Cover Sheet, Letter to the Court (ECF #5), and Related Case Statement herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the documents listed above, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Summons, Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice to Conform to Consolidated Amended Complaint, Civil Cover Sheet, Letter to the Court (ECF #5), Related Case Statement, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran**

SPECIFIC AUTHENTICATION CERTIFICATE



ederation of Switzerland )
, Canton of Bern ) SS:
assy of the United States of America )

tify that the annexed document bears the genuine seal of the Swiss Federal
artment of Foreign Affairs.

tify under penalty of perjury under the laws of the United States that the foregoing
ue and correct.

_____
(Signature of Consular Officer)

Anson P. McLELLAN
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 17, 2024
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Federal Department of Foreign Affairs FDFA

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28330 dated August 23, 2024 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**Patricia Fennelly et al. v. Islamic Republic of Iran, 1:23-cv-10824-UA**
- Note 1103-IE addressed to the Government of the Islamic Republic of Iran

dated September 22, 2024 and proof of service, dated October 01, 2024 as well as the certification by the Swiss Federal Chancellery dated October 10, 2024.

The section has received the above-mentioned documents on September 10, 2024. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on October 01, 2024. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, October 10, 2024

_Enclosure(s) mentioned_

To the
Embassy of the
United States of America

Berne



SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland        )
rn, Canton of Bern               ) SS:
hbassy of the United States of America  )


ertify that the annexed document is executed by the genuine signature and seal of the
llowing named official who, in an official capacity, is empowered by the laws of
vitzerland to execute that document.

ertify under penalty of perjury under the laws of the United States that the foregoing
true and correct.


Gaëlle CAFARO-VULLIERAT
(Typed name of Official who executed the annexed document)




(Signature of Consular Officer)


Anson P. McLELLAN
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


October 17, 2024
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1103-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit *Patricia Fennelly, et al. v. Islamic Republic of Iran,* **1:23-cv-10824-UA**, which is pending in the United States District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Summons, Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice to Conform to Consolidated Amended Complaint, Civil Cover Sheet, Letter to the Court (ECF #5), and Related Case Statement herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Complaint or some other responsive pleading within 60 days of the date of transmittal of the Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Summons and Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the documents listed above, the Embassy is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – September 22, 2024

Attachments:
1. Summons, Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice to Conform to Consolidated Amended Complaint, Civil Cover Sheet, Letter to the Court (ECF #5), Related Case Statement, and Notice of Suit
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Dominique Baeriswyl, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of Diplomatic Note No. 1103-IE, dated September 22, 2024. The delivery of this note and its enclosures was attempted on October 01, 2024, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Dominique Baeriswyl
Head of the Foreign Interests Section

Tehran – October 01, 2024

---

**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by          Dominique Baeriswyl

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION

   TEHERAN

   Certified

5. at Berne                    6.  the   10 October 2024

7. by Gaëlle Cafaro-Vullierat
   functionary of the Swiss federal Chancellery

8. No.        023657

9. Seal/stamp:                 10.  Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE–1103

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی تحت عنوان **پاتریشیا فتنی و دیگران علیه جمهوری اسلامی ایران، تحت پرونده مدنی شماره 1:23-cv-10824-UA** که در دادگاه منطقه ای ایالات متحده برای ناحیه جنوب نیو یورک مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده برای ناحیه جنوب نیو یورک، یک فقره احضاریه، شکایت، اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان با شکایت اصلاح شده اثئون سودان، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی، برگه جلد دادخواست مدنی، نامه به دادگاه (پرونده الکترونیکی شماره ۵) و اظهارات پرونده های مرتبط را ابفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

طبق قوانین قبل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف 60 روز از تاریخ ابلاغ شکایت، در این مورد تاریخ یادداشت، پاسخی به شکایت یا دیگر پاسخی دفاعی در پرونده بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه نواهد و دفاعیه از طرف حود را داشته باشد. لذا، سفارت در خواست می نماید که احضاریه و شکایت ضمیمه، با این دید که اقدامات لازم در جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

سفارت علاوه بر مدارک فوق الذکر، ابلاغیه اقامه دعوی که توسط شاکی دایر بر خلاصه ماهیت پرونده و مشتمل بر روئوشنی از مجموعه قوانین ایالات متحده امریکا در خصوص دانخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ابفاد می دارد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده امریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاهی مربوطه صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده امریکا توصیه می گردد. وزارت امور خارجه ایالات متحده امریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده امریکا با از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران ، بتاریخ یکم مهر ماه ۱۴۰۳ (۲۲ سپتامبر ۲۰۲۴)

پیوست: ۱- احضاریه، شکایت، اطلاعیه برای انطباق با شکایت اصلاح شده تلفیقی سودان با شکایت اصلاح شده اثئون سودان، اطلاعیه برای مطابقت با شکایت اصلاح شده تلفیقی، برگه جلد دادخواست مدنی، نامه به دادگاه (پرونده الکترونیکی شماره ۵)، اظهارات پرونده های مرتبط و ابلاعیه اقامه دعوی
۲- ترجمه ها

اداره امور امریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران



**United States Department of State**

*Washington, D.C.   20520*

November 22, 2024

Ms. Angel D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

### Re: *Patricia Fennelly, et al. v. Islamic Republic of Iran*, 1:23-cv-10824-UA

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Summons, Complaint, Notice to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint, Notice to Conform to Consolidated Amended Complaint, Civil Cover Sheet, Letter to the Court (ECF #5), Related Case Statement, and Notice of Suit to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1103-IE, dated September 22, 2024, and delivered on October 1, 2024. A certified copy of the diplomatic note is enclosed.[1]

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser
L/CA/POG/GC

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:     Jerry Goldman
        ANDERSON KILL P.C.
        1251 Avenue of the Americas
        New York, NY 10020

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Patricia Fennelly, et al., | **CLERK'S CERTIFICATE OF MAILING** |
| -v- | |
| Islamic Republic of Iran | Case No.: 1:23-cv-10824-GBD |

I hereby certify under the penalties of perjury that on the 2nd day of May 2024, I served defendant Islamic Republic of Iran at the following address:

> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic Republic of Iran
> Imam Khomeini Avenue
> Tehran, Iran
> Attn: H.E. Hossein Amir-Abdollahian

By dispatching via Federal Express, Tracking No.: 8161 1184 2731, to the Secretary of State, ATTN: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of (in English and Farsi):

1. Summons;
2. Complaint dated December 13, 2023;
3. Civil Cover Sheet;
4. Related Case Statement;
5. Letter to Honorable Sarah Netburn dated December 13, 2023;
6. Notice to conform to Sudan Consolidated Amended Complaint or *ASHTON* Sudan Amended Complaint dated December 18, 2023;
7. Notice to Conform to Consolidated Amended complete dated December 18, 2023;
8. Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611;
9. Affidavits of Translator;
10. Translations of the above-mentioned documents.

Dated: New York, New York
May 2, 2024

RUBY J. KRAJICK
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk

# EXHIBIT C

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, March 12, 2025 11:17 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-10824-GBD-SN Fennelly et al v. Islamic Republic of Iran Clerk Certificate of Mailing Received

---

**EXTERNAL SENDER**

---

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 3/12/2025 at 11:16 AM EDT and filed on 3/12/2025

**Case Name:**       Fennelly et al v. Islamic Republic of Iran
**Case Number:**    1:23-cv-10824-GBD-SN
**Filer:**
**Document Number:** 44

**Docket Text:**
<span style="color:blue">**CLERK CERTIFICATE OF MAILING RECEIVED for the 1. Summons; 2. Complaint dated December 13, 2023; 3. Civil Cover Sheet; 4. Related Case Statement; 5. Letter to Honorable Sarah Netburn dated December 13, 2023; 6. Notice to conform to Sudan Consolida ted Amended Complaint or ASHTON Sudan Amended Complaint dated December 18, 2023; 7. Notice to Conform to Consolidated Amended complete dated December 18, 2023; 8. Notice of Suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611; 9. Affidavits of Translator; 10. Translations of the above-mentioned**</span>

1

**documents. mailed to Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran Attn: H.E. Hossein Amir-Abdollahian mailed to Islamic Republic of Iran on 5/2/2024 by Federal Express tracking # 8161 1184 2731, as per [14] Clerk Certificate of Mailing. RECEIVED ON: 03/12/2025. (tae)**

**1:23-cv-10824-GBD-SN Notice has been electronically mailed to:**

Jerry Stephen Goldman    jgoldman@andersonkill.com, courtmail@andersonkill.com, erybicki@andersonkill.com, gpinas@andersonkill.com, jbuniak@andersonkill.com

Bruce Elliot Strong    bstrong@andersonkill.com, dfraser@andersonkill.com

Alexander Greene    agreene@andersonkill.com, dfraser@andersonkill.com

**1:23-cv-10824-GBD-SN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/12/2025] [FileNumber=32690962-0] [666044b27ddd1e5b51b007ebea55b642b4546b0afe85266385e0b2450328271c24 0e84077af800860bd8909ace03e3558b1b6c62edc9505e65396d9e08423e21]]